IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



| | |
|---|---|
| BOBBY TART and wife, LORRETTA TART, Individually and ESTATE OF ROBERT WALTER TART, by Personal Representatives Bobby Tart and Loretta Tart <br> Plaintiff(s) <br> v. <br><br> JOHN DOES CORRECTIONAL OFFICERS, JANE DOES CORRECTIONAL OFFICERS, BENDELL BARTHOLOMEW, CARROLL COUNTY SHERIFF, STEPHEN UNDERWOOD, CARROLL COUNTY JAILER, TERRY DICKEY, CHIEF DEPUTY, TOMMY DECANTES, Individually and in their official capacity; and CARROLL COUNTY SHERIFF'S OFFICE AND CARROLL COUNTY, TENNESSEE <br> Defendants | No: 1-05-1056- T/An |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the Scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**
Have been previously exchanged by the parties

**JOINING PARTIES:**

    For Plaintiff:    September 29, 2005
    For Defendant:    October 29, 2005

**AMENDING PLEADINGS**

    For Plaintiff:    September 29, 2005
    For Defendant:    October 29, 2005

**COMPLETING ALL DISCOVERY:**    March 29, 2006

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**    March 29, 2006

Entered 07/20/05

(b)   **EXPERT DISCLOSURE (RULE 26(a)(2)):**
    (i)   Plaintiff's Experts:                          January 29, 2006
    (ii)  Defendant's Experts:                        March 1, 2006
    (iii) Supplementation under Rule 26(e)(2):   March 10, 2006

(c)   **DEPOSITIONS OF EXPERTS:**   March 29, 2006

**FILING DISPOSITIVE MOTIONS:**   March 7, 2006

**FINAL LIST OF WTINESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)   for Plaintiff:   April 24, 2006

    (b)   for Defendant: May 8, 2006

Parties shall have <u>10</u> days after service of final lists of witnesses and exhibits to file objections under Rule 26 (a)(3).

The trial of this matter is expected to last three (3) days and is **SET** for **JURY TRIAL** on **Wednesday, June 7, 2006** at 9:30 A.M. A joint pre-trial order is due on **Friday, May 26, 2006**. In the event the parties are unable to agree on a joint pre-trial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a

Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 19, 2005

APPROVED FOR ENTRY:

By: *[signature: Brandon O. G.]*
James I. Pentecost (#011640)
Brandon O. Gibson (#21485)
PENTECOST, GLEEN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Attorneys for Defendants

By: *[signature: Terry McNabb w/ perm / Brandon G.]*
Terrance E. McNabb
James R. Omer & Associates, PLLC
101 Church Street, Suite 400
Nashville, TN 37201

Ray T. Throckmorton, III
Realtors Building
306 Gay Street, Suite 101
Nashville, TN 37201

Attorneys for Plaintiffs

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:05-CV-01056 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Terrance E. McNabb
S
101 Church St.
Ste. 400
Nashville, TN 37201

Terrance E. McNabb
101 Church St.
Ste. 400
Nashville, TN 37201

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Raymond T. Throckmorton
Raymond T. Thorockmorton
306 Gay St.
Ste. 101
Nashville, TN 37201

Raymond T. Throckmorton
306 Gay St.
Ste. 101
Nashville, TN 37201

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT