001-088-00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



BOBBY TART and wife, LORRETTA TART, )
Individually and ESTATE OF ROBERT WALTER )
TART, by Personal Representatives Bobby Tart and )
Loretta Tart )
        Plaintiff(s) )
v. )   No:   1-05-1056- T/An
)
JOHN DOES CORRECTIONAL OFFICERS, )
JANE DOES CORRECTIONAL OFFICERS, )
BENDELL BARTHOLOMEW, CARROLL )
COUNTY SHERIFF, STEPHEN UNDERWOOD, )
CARROLL COUNTY JAILER, TERRY DICKEY, )
CHIEF DEPUTY, TOMMY DECANTES, )
Individually and in their official capacity; and )
CARROLL COUNTY SHERIFF'S OFFICE AND )
CARROLL COUNTY, TENNESSEE )
        Defendants )

## ORDER GRANTING MOTION TO CONTINUE TRIAL

**IT APPEARING** to this Honorable Court that Defendants', Bendell Bartholomew, Carroll County, Tennessee, Stephen Underwood, Terry Dickey and Tommy Decanter, Motion to Continue Trial is well taken,

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the currently scheduled Trial date of June 7, 2006 is continued and will be ~~referenced for conference~~ reset. ~~or resetting~~.

DATED: this 21st day of July, 2005.

                                                    James D. Todd
                                                    **JUDGE**

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on   07-22-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:05-CV-01056 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terrance E. McNabb
S
101 Church St.
Ste. 400
Nashville, TN 37201

Terrance E. McNabb
101 Church St.
Ste. 400
Nashville, TN 37201

Raymond T. Throckmorton
306 Gay St.
Ste. 101
Nashville, TN 37201

Raymond T. Throckmorton
Raymond T. Thorockmorton
306 Gay St.
Ste. 101
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT