IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| BOBBY TART and LORETTA TART, Individually; and Estate of ROBERT WALTER TART, by Personal Representative, BOBBY TART and LORETTA TART,<br><br>Plaintiffs,<br><br>v.<br><br>BENDELL BARTHOLOMEW, Carroll County Sheriff; TERRY DICKEY, Chief Deputy Carroll County Sheriff's Dept.; STEPHEN UNDERWOOD, Carroll County Correctional Officer/Deputy; TOMMY DECANTES, Carroll County Correctional Officer/Deputy; JOHN DOES, Carroll County Correctional Officers/Deputy; JANE DOES, Carroll County Correctional Officers/Deputy; CARROLL COUNTY SHERIFF'S OFFICE; and CARROLL COUNTY, TENNESSEE<br><br>Defendants. | CASE NO. 1-05-1056<br>JURY DEMAND<br>JUDGE JAMES D. TODD<br>MAGISTRATE JUDGE S. THOMAS ANDERSON |

### AGREED ORDER TO ENLARGE TIME TO AMEND AND JOIN PARTIES

Upon motion of the Plaintiffs to enlarge the time for Plaintiffs to join parties and amend pleadings from September 29, 2005, to October 29, 2005, and Defendants did not oppose so long as the Court extends the time for Defendants to join parties and amend pleadings from October 29, 2005, to November 29, 2005, said motion is hereby granted.

It is, therefore, ORDERED that the deadline for Plaintiffs to join parties and amend

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on ___10-17-05___

1

pleadings is hereby moved from September 29, 2005, to October 29, 2005, and ORDERED that the deadline for Defendants to join parties and amend pleadings is hereby moved from October 29, 2005, to November 29, 2005.

ENTER this _14th_ day of _October_, 2005.

S. Thomas Anderson
U. S. Magistrate Judge

APPROVED FOR ENTRY:

Terrance E. McNabb     #2592
James R. Omer & Assoc., PLLC
101 Church Street, Suite 400
Nashville, TN  37201
615- 255-5555

Ray Throckmorton     #16313
306 Gay Street, Suite 101
Nashville, TN  37201
615-255-3559
*Attorneys for Plaintiffs*

James Pentecost     #011640
Brandon O. Gibson #21485
Pentecost, Glenn & Rudd, PLLC
105 Stonebridge Blvd.
Jackson, TN  38305
*Attorneys for Defendants*

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:05-CV-01056 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Raymond T. Throckmorton
306 Gay St.
Ste. 101
Nashville, TN 37201

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terrance E. McNabb
S
101 Church St.
Ste. 400
Nashville, TN 37201

Terrance E. McNabb
101 Church St.
Ste. 400
Nashville, TN 37201

Raymond T. Throckmorton
Raymond T. Thorockmorton
306 Gay St.
Ste. 101
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT